The People of the State of New York, Respondent, 
against
Darryl Harris, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered May 24, 2018, convicting him, upon his plea of guilty, of criminal facilitation in the fourth degree, and sentencing him to two years' probation.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered May 24, 2018, affirmed.
Regardless of whether defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the probationary term imposed in accordance with the plea agreement.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 21, 2020